# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 12/13/2017 |
| Case: 1−17−44641−ess | Form ID: 318DF7 | Total: 26 |

**Recipients of Notice of Electronic Filing:**
aty    Kevin B Zazzera    kzazz007@yahoo.com

                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Edwin Nunez    535 Arlene St    Staten Island, NY 10314−3817
tr    Richard J. McCord    Certilman Balin Adler & Hyman    90 Merrick Avenue    East Meadow, NY 11554
smg    NYS Department of Taxation & Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205
smg    NYC Department of Finance    345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719
smg    NYS Unemployment Insurance    Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240
smg    Office of the United States Trustee    Eastern District of NY (Brooklyn Office)    U.S. Federal Office Building    201 Varick Street, Suite 1006    New York, NY 10014
9095685    Allied Interstate LLC    PO Box 1954    Southgate, MI 48195−0954
9095686    Bank of America    NC4−105−03−14    PO Box 26012    Greensboro, NC 27420−6012
9095687    Bankamerica    PO Box 982238    El Paso, TX 79998−2238
9095688    Capital One    15000 Capital One Dr    Richmond, VA 23238−1119
9095689    Citibank / Sears    Citicorp Cr Srvs/Centralized Bankruptcy    PO Box 790040S    Louis, MO 63129
9095690    Credit One Bank N.A.    PO Box 60500    City of Industry, CA 91716−0500
9095691    Discover Fin Svcs LLC    PO Box 15316    Wilmington, DE 19850−5316
9095692    Discover Financial    PO Box 3025    New Albany, OH 43054−3025
9095693    Lvnv Funding LLC    PO Box 10497    Greenville, SC 29603−0497
9095694    Midland Credit Management Inc    PO Box 60578    Los Angeles, CA 90060−0578
9095695    Nissan Motor Acceptance Corp    PO Box 742657    Cincinnati, OH 45274−2657
9095696    Nissan Motor Acceptance Corp/Infinity Lt    Attn: Bankruptcy    PO Box 660360    Dallas, TX 75266−0360
9095697    Nissan−Infiniti Lt    2901 Kinwest Pkwy    Irving, TX 75063−5816
9095698    Sears/Cbna    PO Box 6189    Sioux Falls, SD 57117−6189
9095699    Sears/Cbna    PO Box 6282    Sioux Falls, SD 57117−6282
9095700    Sears/Cbna    PO Box 6283    Sioux Falls, SD 57117−6283
9095701    Selip & Stylianou    199 Crossways Park Dr    Woodbury, NY 11797−2016
9095702    Staten island University Hospital    PO Box 29772    New York, NY 10087−9772
9095703    Synchrony Bank    PO Box 960061    Orlando, FL 32896−0061

                                                TOTAL: 25